UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

HealthPartners, Inc.; HealthPartners Administrators, Inc.; MedCenters Managed Care, Inc.; and Group Health Plan, Inc.;

Plaintiffs,

vs.

Aetna Health Management, Inc.; and Aetna U.S. Healthcare, Inc.;

Defendants.

Case No. 00-CV-1895 JRT/FLN

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the above-identified parties, through their undersigned counsel, that the time within which defendants may answer or otherwise plead in response to the Complaint in this matter shall be extended to September 18, 2000.

Dated: 24 August 2000

MASLON, EDELMAN, BORMAN & BRAND, LLP

By: [signature]

Cooper S. Ashley 120558
James F. Killian 193914
Michael C. McCarthy 230406
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

Attorneys for Plaintiffs

FILED 8/24/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3

Dated: 8/24/00

KELLY & BERENS, P.A.

By: [signature]

Timothy D. Kelly 54926
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

Attorneys for Defendants

**ORDER**

Based upon the foregoing Stipulation, it is SO ORDERED.

Dated: Aug 24, 2000

BY THE COURT:

[signature]

Franklin L. Noel
Magistrate Judge of United
States District Court