UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

---

HealthPartners, Inc.; HealthPartners Administrators, Inc.; MedCenters Managed Care, Inc.; and Group Health Plan, Inc.;

Plaintiffs,

vs.

Aetna Health Management, Inc.; and Aetna U.S. Healthcare, Inc.;

Defendants.

---

Case No. 00-CV-1895 JRT/FLN

**ORDER AMENDING PRETRIAL SCHEDULE**

The parties have moved the undersigned Magistrate Judge of the District Court, pursuant to Local Rule 16.3, for an order amending the November 3, 2000 Pretrial Schedule. Based upon the parties' motion and Stipulation, the Court finds that good cause has been shown and the parties' motion to amend the Pretrial Schedule is GRANTED.

The Court's November 3, 2000 Pretrial Schedule is hereby amended as follows:

1. Discovery. All discovery shall be commenced in time to be completed by November 1, 2001.

2. Nondispositive Motions. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

FILED JUN 26 2001
E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1. By plaintiff on or before November 16, 2001.

2. By defendant on or before December 17, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1. By plaintiff on or before November 16, 2001.

2. By defendant on or before December 17, 2001.

c. Each party may depose no more than 6 expert witnesses on or before February 15, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

4. Dispositive Motions:

a. All dispositive motions shall be filed prior to April 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

5. Trial:

a. This case shall be ready for trial no later than June 3, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5-7 trial days.

In all other respects, the provisions of the Pretrial Schedule dated November 3, 2000 remain in full force and effect.

Dated: June 26 2001

BY THE COURT:

Franklin L. Noel
Magistrate Judge of United States District Court