UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

---

HealthPartners, Inc.; HealthPartners Administrators, Inc.; MedCenters Managed Care, Inc.; and Group Health Plan, Inc.;

Plaintiffs,

vs.

Aetna Health Management, Inc.; and Aetna U.S. Healthcare, Inc.;

Defendants.

---

Case No. 00-CV-1895 JRT/FLN

**STIPULATION IN SUPPORT OF MOTION TO AMEND PRETRIAL SCHEDULE**

The parties, through their undersigned counsel, hereby stipulate and agree that the November 3, 2000 Pretrial Schedule should be amended. The parties request to amend the November 3, 2000 Pretrial Schedule is based upon the following:

A. Good Cause.

The parties believe, for the reasons set forth herein, that good cause exists to amend the pretrial schedule now in place in this action. The following facts are submitted in support of the parties' motion amend the November 3, 2000 Pretrial Schedule.

1. Plaintiffs commenced this action in August 2000.

2. Defendants served a request for production of documents on plaintiff in October 2000. Plaintiffs served a request for production of documents on defendants in November 2000.

FILED JUN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Counsel for the parties met on September 28, 2000 and agreed upon a pretrial schedule, which counsel believed, at the time, was attainable. This pretrial schedule was submitted to the Court as part of the parties' joint Rule 26(f) report.

4. On October 27, 2000, a pretrial conference was held in this action before Magistrate Judge Franklin L. Noel.

5. On November 3, 2000, Magistrate Noel issued a Pretrial Schedule, which schedule was essentially in accordance with the dates selected by the parties in the joint Rule 26(f) report.

6. In November 2000, the parties each served Rule 26(a) disclosures.

7. Beginning in November 2000, the parties and their counsel collected and reviewed the requested documents. The collection and review process was time consuming given the enormous volume of documents requested by Aetna and produced by HealthPartners, and the fact that Aetna's documents were not centrally located in Minneapolis, but rather were located in Pennsylvania, Connecticut and Texas. In addition, many of the people from Aetna who are familiar with the location of requested documents are no longer working for Aetna.

8. Beginning in February 2001, and continuing to date, the parties have, collectively, produced and reviewed 150 boxes of documents. It is anticipated that there are at least 32 more boxes to be produced by the parties.

9. On May 17, 2001, counsel for the parties met and discussed discovery, including the scheduling of depositions, and the November 3, 2000 Pretrial Schedule. Counsel agreed that when they prepared the Rule 26(f) report they underestimated the time within which

document discovery could be completed. Counsel agree that four more months are needed to complete discovery in this matter.

B. What discovery remains to be completed, what discovery has been completed, and why discovery has not been completed.

The parties have exchanged Rule 26(a) disclosures, as well as document discovery. Depositions have not yet been completed. Counsel anticipate that 25 depositions will be needed. Counsel for the parties have scheduled two weeks at the end of July and beginning of August, as well as two weeks in September, to complete the deposition discovery. The parties also anticipate scheduling another two weeks of depositions in October 2000. Deposition discovery has not yet been completed because of the voluminous and time consuming document production in this matter.

C. How long will it take to complete discovery.

The November 3, 2000 Pretrial Schedule sets a discovery deadline of July 1, 2001. Counsel for the parties anticipate that the discovery can be completed by November 1, 2001 and therefore are requesting that the deadlines in the November 3, 2000 Pretrial Schedule be advanced four months.

Based upon the foregoing, the parties hereby request that the November 3, 2000 Pretrial Schedule be amended as follows:

1. Discovery. All discovery shall be commenced in time to be completed by November 1, 2001.

2. Nondispositive Motions. All nondispositive motions and supporting documents, including those which relate to discovery shall be served by March 1, 2002.

Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

3. Expert Disclosure and Discovery:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1. By plaintiff on or before November 16, 2001.

2. By defendant on or before December 17, 2001.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1. By plaintiff on or before November 16, 2001.

2. By defendant on or before December 17, 2001.

c. Each party may depose no more than 6 expert witnesses on or before February 15, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

4. Dispositive Motions:

a. All dispositive motions shall be filed prior to April 1, 2002.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

5. Trial:

a. This case shall be ready for trial no later than June 3, 2002, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 5-7 trial days.

In all other respects, the provisions of the Pretrial Schedule dated November 3, 2000 remain in full force and effect.

Dated: June 7, 2001

MASLON, EDELMAN, BORMAN & BRAND, LLP

By: ______________________

Cooper S. Ashley 120558
James F. Killian 193914
Michael C. McCarthy 230406
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

***Attorneys for Plaintiffs***

Dated: 6/7/01

KELLY & BERENS, P.A.

By: ______________________

Timothy D. Kelly 54926
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendants***