UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HealthPartners, Inc.;
HealthPartners Administrators, Inc.;
MedCenters Managed Care, Inc.; and
Group Health Plan, Inc.,

Plaintiffs,

vs.

Aetna Health Management, Inc.; and
Aetna U.S. Healthcare, Inc.,

Defendants.

Court File No.: 00-CV-1895 (JRT/FLN)

**STIPULATION**

**STIPULATION**

WHEREAS, the parties have certain unresolved disputes regarding the production of privileged documents; and

WHEREAS, the existing deadline for filing of non-dispositive motions is Monday, April 1, 2002; and

WHEREAS, the parties have successfully resolved all of their discovery related disputes to date and believe that with additional time to negotiate their differences, they will be able to resolve these disputes as well;

NOW THEREFORE, the parties, through their undersigned counsel of record, hereby request the following changes to the pretrial schedule:

1. Non-dispositive motions. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by April 15, 2002. All non-dispositive motions shall be scheduled, filed, and served in compliance with Local Rules 7.1, 37.1 and 37.2.

APR 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. In all other respects, the provisions of the pretrial schedule dated November 3, 2000, as amended by the Court's Order of February 22, 2002, remain in full force and effect.

Dated: March 27, 2002

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: ______________________

Cooper S. Ashley (#120558)
James F. Killian (#193914)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

**ATTORNEYS FOR PLAINTIFFS**

Dated: March 28, 2002

**KELLY & BERENS, P.A.**

By: ______________________

Timothy D. Kelly (#54926)
Erin K. Fogarty Lisle (#238168)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171

**ATTORNEYS FOR DEFENDANTS**

197873

**ORDER**

Based on the foregoing Stipulation, IT IS SO ORDERED.

Dated: April 5, 2002

Franklin L. Noel
Magistrate Judge of United States District Court

197873