UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HealthPartners, Inc.; HealthPartners Administrators, Inc.; MedCenters Managed Care, Inc.; and Group Health Plan, Inc.;

Plaintiffs,

vs.

Aetna Health Management, Inc.; and Aetna U.S. Healthcare, Inc.;

Defendants.

Case No. 00-CV-1895 JRT/FLN

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULE**

## STIPULATION

The parties, through their undersigned counsel, hereby agree and stipulate that the Pretrial Schedule in this matter shall be amended as follows:

1. Plaintiffs shall have until May 1, 2002 to serve a privilege log on counsel for defendants.

2. Defendants shall have until May 15, 2002 to file a motion related to privilege issues, which the parties are not able to resolve themselves, if defendants deem such a motion necessary.

Dated: April 17, 2002

MASLON, EDELMAN, BORMAN & BRAND, LLP

By: [signature]

Cooper S. Ashley 120558
Michael C. McCarthy 230406
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 672-8200

***Attorneys for Plaintiffs***

FILED MAY 9 ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 12, 2002.

KELLY & BERENS, P.A.

By: ______________________

Timothy D. Kelly 54926
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

***Attorneys for Defendants***

**ORDER**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

Dated: May 9 2002

BY THE COURT:

______________________
Franklin L. Noel
Chief Magistrate Judge of
United States District Court