UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Healthpartners, Inc., et al.,

Plaintiffs,

v.

Aetna Health Management, Inc.,
and Aetna U.S. Healthcare,

Defendants.

Civil No. 00-1895 JRT/FLN

ORDER

---

James F. Killian, Cooper S. Ashley, and Michael C. Mccarthy, for Plaintiffs.

Timothy D. Kelly, and Erin Kay Fogarty Lisle, for Defendants.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on July 22, 2002, on Defendant's Motion to File Amended Answer to Second Amended Complaint to Assert Counterclaim [#50].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to File Amended Answer to Second Amended Complaint to Assert Counterclaim [#50] is **GRANTED**. The answer is to be filed forthwith.

DATED: Aug 5, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

FILED ... 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK