**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HEALTHPARTNERS, INC., et al.,

Plaintiffs,

v.

AETNA HEALTH MANAGEMENT, INC., et al.,

Defendants.

Civil No. 00-1895 JRT/FLN

**TRIAL NOTICE**

---

Michael C. McCarthy, MASLON, EDELMAN, BORMAN, & BRAND, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Erin K. Lisle, KELLY & BERENS, 80 South Eighth Street, Suite 3720 Minneapolis, MN 55402, for defendant.

This matter is scheduled for trial on January 20, 2004 at 9:30 a.m. before the Honorable John R. Tunheim. The trial will be held in Courtroom 13E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Dated: December 18, 2003
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED DEC 19 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS