**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

HealthPartners, Inc.;
HealthPartners Administrators, Inc.;
MedCenters Managed Care, Inc.; and
Group Health Plan, Inc.,

Plaintiffs,

vs.

Aetna Health Management, Inc.; and
Aetna U.S. Healthcare, Inc.,

Defendants.

Court File No.: 00-CV-1895 (JRT/FLN)

**STIPULATION FOR ORDER FOR DISMISSAL WITH PREJUDICE**

---

**STIPULATION**

It is hereby stipulated and agreed to by and between Plaintiffs HealthPartners, Inc., HealthPartners Administrators, Inc., MedCenters Managed Care, Inc., and Group Health Plan, Inc. and Defendants Aetna Health Management, Inc. and Aetna U.S. Healthcare, Inc. by their respective undersigned counsel, that the above-entitled action shall hereby be dismissed with prejudice and without costs and disbursements to either party.

Dated: January 29, 2004

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: ______________________________
Richard G. Wilson (#16544X)
Michael C. McCarthy (#230406)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200

***Attorneys for Plaintiffs HealthPartners, Inc., HealthPartners Administrators, Inc., MedCenters Managed Care, Inc. and Group Health Plan, Inc.***

FEB - 4 2004
FILED ______
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 2/4/04

**KELLY & BERENS, P.A.**

By: ______________________

Timothy D. Kelly (#54926)
Erin K. Fogarty Lisle (#238168)
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171

***Attorneys for Defendants Aetna Health Management, Inc. and Aetna U.S. Healthcare, Inc.***

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY **ORDERED**, that the above-entitled action is dismissed with prejudice and without costs and disbursements to either party.

Dated: Feb. 4, 2004

John R. Tunheim
United States District Court Judge